Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California 93720
Telephone: 559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, DELBERT TROY SMITH

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DELBERT TROY SMITH AND<br><br>JASON COREY SCHRODER,<br><br>Defendants. | CASE NO: 1:17-cr-00004 LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: May 30, 2017<br>Time: 1:00 PM<br>Courtroom: HON. SHEILA K. OBERTO |

    The parties hereto, by and through their respective attorneys, stipulate that the status conference in this action be continued from May 15, 2017 to May 30, 2017 at the hour of 1:00 PM before the Honorable Sheila K. Oberto. The additional two weeks is estimated by the parties to be sufficient time to allow for the conclusion of negotiations and the execution of a memorandum of plea agreement by each of the defendants in this action.

    The proposed date is the earliest setting for a status conference in this action based on the court's schedule and the availability of all counsel.

1

The parties also agree that any delay resulting from the continuance shall be excluded in the interests of justice, based on the benefit to the defendants in allowing time for negotiation of the few remaining issues before finalization of plea agreements, pursuant to 18 U.S.C. sections 3161(h)(1)(F) and 3161(h)(B)(1).

Dated: May 11, 2017 /*s*/Roger K. Litman
Attorney For Defendant
DELBERT T. SMITH

Dated: May 11, 2017 Phillip Talbert
United States Attorney
By: /*s*/ Megan Richards
Approved by email May 10, 2017

Dated: May 11, 2017 Monica Bermudez
Attorney For Defendant
Jason C. SCHROEDER
Approved by telephone May 10, 2017

### **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that the status conference in this matter be continued to May 30, 2017, at 1:00 pm.

IT IS SO ORDERED.

Dated: **May 11, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE