Roger K. Litman, #57634
Law Offices of Roger K. Litman
7726 N. First Street #352
Fresno, California 93720
Telephone: 559.237.6000
Email: rogrito@comcast.net

Attorney for Defendant, DELBERT TROY SMITH

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DELBERT TROY SMITH<br><br><br>Defendant. | CASE NO: 1:17-CR-00004 LJO-SKO<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Date: September 25, 2017<br>Time: 8:30 AM<br>Courtroom: HON. LAWRENCE J. O'NEILL |

The parties hereto, by and through their respective attorneys, stipulate that Mr. Smith's sentencing hearing in this action be continued from September 11, 2017 to September 25, 2017 at the hour of 8:30 AM before the Honorable Lawrence J. O'Neill. The additional two weeks is needed by defense counsel due to his unavailability on the date presently set. When the current sentencing date was agreed to by defense counsel, he erred in failing to realize his conflicting commitment rendered him unavailable to represent Mr. Smith on September 11, 2017.

The proposed date is the earliest alternative sentencing date for Mr. Smith based on the

1

availability of defense counsel.

The parties further agree that the following sentencing related deadlines will remain:

    Draft PSR released to counsel:    7/31/17

    Informal Objections due to FPO:   8/14/17

    PSR due to Court:   8/21/17

    Formal Objections Filed:  9/11/17

Dated: June 22, 2017                                    /s/Roger K. Litman
                                                              Attorney for Defendant
                                                              DELBERT T. SMITH

Dated: June 22, 2017                                    Phillip Talbert
                                                              United States Attorney
                                                              By: /s/ Megan Richards
                                                              Approved by email June 21, 2017

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing, IT IS ORDERED that Defendant Delbert Troy Smith's sentencing hearing be continued to September 25, 2017 at 8:30am. The sentencing related deadlines are as set forth above.

IT IS SO ORDERED.

   Dated:   **June 23, 2017**                          /s/ Lawrence J. O'Neill
                                                             UNITED STATES CHIEF DISTRICT JUDGE