PHILLIP A. TALBERT
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00004-LJO-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| DELBERT TROY SMITH, and JASON COREY SCHRODER, | |
| Defendants. | |

Based upon the plea agreements entered into between United States of America and defendants Delbert Troy Smith and Jason Corey Schroder, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 492, 981(a)(1)(C), and 28 U.S.C. § 2461(c), defendants Delbert Troy Smith and Jason Corey Schroder's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Dell Latitude Laptop, and all data stored thereon;

   b. Epson XP-330 Printer, and all data stored thereon;

   c. Emtech "Green" 8 GB USB Drive, and all data stored thereon;

   d. Kingston 8 GB Thumbdrive, and all data stored thereon;

   e. LG Smart phone, and all data stored thereon;

PRELIMINARY ORDER OF FORFEITURE 1

    f. Counterfeit Detector;

    g. Precision and Artistic Tools;

    h. Counterfeit United States Federal Reserve Notes;

    i. United States Federal Reserve notes;

    j. Five (5) Brillo Pads;

    k. Glass Plate;

    l. Miscellaneous Chemicals; and

    m. An Iron.

  2. The above-listed assets constitute counterfeits of any coins or obligation or other securities of the United States, or any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C § 473, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, in the possession of the defendants without authority from the Secretary of the Treasury, or is property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. §§ 371 or 473, or a conspiracy to commit such offense.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

///

    b.  This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

  5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 492, 981(a)(1)(C), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

 Dated: **June 27, 2017**      /s/ Lawrence J. O'Neill
                 UNITED STATES CHIEF DISTRICT JUDGE