1  McGREGOR W. SCOTT
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:17-CR-00004-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| DELBERT TROY SMITH, and<br>JASON COREY SCHRODER, | |
| Defendants. | |

WHEREAS, on June 28, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Delbert Troy Smith and Jason Corey Schroder in the following property:

      a. Dell Latitude Laptop, and all data stored thereon;

      b. Epson XP-330 Printer, and all data stored thereon;

      c. Emtech "Green" 8 GB USB Drive, and all data stored thereon;

      d. Kingston 8 GB Thumbdrive, and all data stored thereon;

      e. LG Smart phone, and all data stored thereon;

      f. Counterfeit Detector;

      g. Precision and Artistic Tools;

      h. Counterfeit United States Federal Reserve Notes;

      i. United States Federal Reserve notes;

    j. Five (5) Brillo Pads;

    k. Glass Plate;

    l. Miscellaneous Chemicals; and

    m. An Iron.

  AND WHEREAS, beginning on July 1, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 492, 981(a)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Delbert Troy Smith and Jason Corey Schroder.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

 Dated: **March 26, 2018**    /s/ Lawrence J. O'Neill
                UNITED STATES CHIEF DISTRICT JUDGE