# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:17-CR-00004 NONE |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| DELBERT TROY SMITH, | ) | |
| Defendant. | ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. that Mara G. Arevalo-Diaz is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 25, 2021, in the place of Alekxia Torres-Stallings. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __March 29, 2021__          __/s/ Jennifer L. Thurston__
                                                            UNITED STATES MAGISTRATE JUDGE