PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00004-NONE |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| DELBERT SMITH, | (Doc. 59) |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 15, 2021.

2. By this stipulation, both parties now move to continue the status conference until April 21, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

    a) A probation violation petition was filed in this case on March 2, 2021. Doc. 48.

    b) Both parties are currently negotiating a potential resolution associated with this petition. However, the parties do not believe that an agreement will be finalized by April 15, 2021.

    c) The requested continuance is made with the intention of conserving time and resources for both the parties and the Court.

STIPULATION REGARDING CONTINUANCE   1

        d)    The requested date is a mutually agreeable date for both parties.

        e)    As this is a probation violation matter, no exclusion of time is necessary.

IT IS SO STIPULATED.

Dated:  April 14, 2021　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　ALEXANDRE DEMPSEY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  April 14, 2021　　　　　　　　　　　/s/ Mara Arevalo-Diaz
　　　　　　　　　　　　　　　　　　　　　　Mara Arevalo-Diaz
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　DELBERT SMITH

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND

IT IS SO ORDERED.

Dated:  **April 14, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE