| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | ALEXANDRE DEMPSEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELBERT SMITH,<br><br>Defendant. | CASE NO. 1:17-CR-00004-NONE<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: May 14, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 21, 2021, the defendant admitted to Charge 1 of the Petition for Warrant or Summons for Offender under Supervision dated March 1, 2021.

2. During that hearing, this matter was set for a sentencing hearing before this Court on May 14, 2021.

3. By this stipulation, both parties now move to continue the sentencing hearing until May 28, 2021.

4. The parties agree and stipulate, and request that the Court find the following:

a) The probation officer in this case is now unable to attend the May 14, 2021 sentencing hearing due to a family emergency.

STIPULATION REGARDING CONTINUANCE     1

b) Both parties agree that the probation officer's appearance at the sentencing hearing is necessary in this case and that a continuance to accommodate his schedule does not adversely affect either party.

c) The requested date is a mutually agreeable date for both parties and the probation officer.

d) As the defendant has already admitted the violation and this was a probation violation matter, there is no need to exclude time.

IT IS SO STIPULATED.

Dated:  May 7, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated:  May 7, 2021

/s/ Mara Arevalo-Diaz
Mara Arevalo-Diaz
Counsel for Defendant
DELBERT SMITH

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **May 7, 2021**

UNITED STATES DISTRICT JUDGE